83,064-04

TO THE CLERK, MR Abel Acosta

Last Month Sir I Thomas Smith send
A Mandamus written IN A Motion Style
With A Lead Motion FOR Permission INTER that
Motion Style mandamas with an Indictment
For the evidence of TR. Ct. 505712 WR-83,64-02
I would Like to KNOW Sir the outcomes of
that Cause Above

Thank you

Thomas Smith

9-8-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 11 2015
Abel Acosta, Clerk